B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Christian, Gregory J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6020** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**830 Carpenter Ave**<br>**Oak Park, IL**<br>ZIP Code **60304-1109** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                              Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Christian, Gregory J** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ David R. Brown**                           **June 11, 2010** <br> Signature of Attorney for Debtor(s)                    (Date) <br> **David R. Brown 3122323** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                    _____

                    (Name of landlord that obtained judgment)

                    _____

                    (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Christian, Gregory J**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gregory J Christian**
Signature of Debtor  **Gregory J Christian**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 11, 2010**
Date

### Signature of Attorney*

X **/s/ David R. Brown**
Signature of Attorney for Debtor(s)

**David R. Brown 3122323**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**June 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Gregory J Christian**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Gregory J Christian**

                        **Gregory J Christian**

Date:   **June 11, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gregory J Christian**                              ,     Case No. _____

                          Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 250,000.00 | | |
| B - Personal Property | Yes | 4 | 20,853.16 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 300,575.50 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 349,100.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 809,657.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 4,266.67 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,192.00 |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| | Total Assets | | 270,853.16 | | |
| | | Total Liabilities | | 1,459,333.18 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gregory J Christian**

Debtor ,

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **6,400.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **342,700.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **0.00** |
| Student Loan Obligations (from Schedule F) | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **0.00** |
| TOTAL | **349,100.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **4,266.67** |
| Average Expenses (from Schedule J, Line 18) | **4,192.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | **0.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **35,950.50** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | **349,100.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **0.00** |
| 4. Total from Schedule F | | **809,657.68** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **845,608.18** |

B6A (Official Form 6A) (12/07)

In re  **Gregory J Christian**                                                                ,     Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **830 Carpenter Ave, Oak Park, IL 60304-1109** | **Fee simple** | **H** | **250,000.00** | **274,170.79** |

|  |  |  |
|---|---|---|
| Sub-Total > | **250,000.00** | (Total of this page) |
| Total > | **250,000.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Gregory J Christian**                                            ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Currency** | - | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **all accounts seized....** | - | **Unknown** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods** | - | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel** | - | **1,000.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole Life policy xxxx999 - beneficiaries are children - loan interest payment of $1,723.01 due by December 11 or policy will be terminated. Premium of $1,023.35 due at the same time.  Value is net cash value** | - | **1,424.79** |

|  | Sub-Total > | **4,474.79** |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Gregory J Christian** _____,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | **Policy xxxx771 - whole life, children are beneficiaries. $2,179.95 due by year end or policy will lapse after 60 day period. Contact person for both policies is Sue Muller - The Hunken Agency, Inc., 2550 Compass Road, Suite H, Glenview, IL 60026** | - | 753.37 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% owner of Greg Christian Catering, Inc.** | - | 0.00 |
| | | **100% owner of Get Me Greg, Inc.** | - | 0.00 |
| | | **100% owner of Go Go Organics, Inc.** | - | 0.00 |
| | | **GC Catering & Events, Inc.** | - | 1,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >    1,753.37
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Gregory J Christian**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Toyota Prius** | - | 14,625.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >          14,625.00
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Gregory J Christian**                     ,      Case No. _____

                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) |  |
|  | Total > | **20,853.16** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re **Gregory J Christian** , Case No. _____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **830 Carpenter Ave, Oak Park, IL 60304-1109** | **735 ILCS 5/12-901** | **15,000.00** | **250,000.00** |
| **Interests in Insurance Policies** | | | |
| **Whole Life policy xxxx999 - beneficiaries are children - loan interest payment of $1,723.01 due by December 11 or policy will be terminated. Premium of $1,023.35 due at the same time. Value is net cash value** | **215 ILCS 5/238** | **100%** | **1,424.79** |
| **Policy xxxx771 - whole life, children are beneficiaries. $2,179.95 due by year end or policy will lapse after 60 day period. Contact person for both policies is Sue Muller - The Hunken Agency, Inc., 2550 Compass Road, Suite H, Glenview, IL 60026** | **215 ILCS 5/238** | **100%** | **753.37** |
| **Stock and Interests in Businesses** | | | |
| **GC Catering & Events, Inc.** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2009 Toyota Prius** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **14,625.00** |

Total: **20,578.16**  **267,803.16**

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Gregory J Christian** _____ ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx6419** | | | **Mortgage** | | | | | |
| **American Home Mortgage Service Inc** PO Box 660029 Dallas, TX 75266-0029 | H | | **830 Carpenter Ave, Oak Park, IL 60304-1109** | | | | | |
| | | | Value $   **250,000.00** | | | | **274,170.79** | **24,170.79** |
| Account No. **xxxxxx0926** | | | **Automobile loan** | | | | | |
| **Wells Fargo** PO Box 25341 Santa Ana, CA 92799-5341 | - | | **2009 Toyota Prius** | | | | | |
| | | | Value $   **14,625.00** | | | | **26,404.71** | **11,779.71** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | **300,575.50** | **35,950.50** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **300,575.50** | **35,950.50** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Gregory J Christian**                                                                      Case No. _____
                                                                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Gregory J Christian**                                              ,        Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | January - April 2010 | | | | | |
| **Edita Bernardino**<br>**1130 Wisconsin**<br>**Oak Park, IL 60304** | | H | child support | | | | | 0.00 |
| | | | | | | | 6,400.00 | 6,400.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 6,400.00 | 6,400.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Gregory J Christian** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602** | - | | sales taxes/941's from Greg Christian Catering | | X | | 172,700.00 | 0.00 <br><br> 172,700.00 |
| Account No. <br><br>**Internal Revenue Service ATTN: Centralized Insolvency PO Box 21126 Philadelphia, PA 19114** | - | | w/holding taxes from Greg Christian Catering, Inc. | | X | | 170,000.00 | 0.00 <br><br> 170,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 <br> 342,700.00 |
| | | 342,700.00 |
| Total (Report on Summary of Schedules) | | 0.00 <br> 349,100.00 |
| | | 349,100.00 |

B6F (Official Form 6F) (12/07)

In re    **Gregory J Christian**                                          ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.                                     **Trade Debt (Greg Christian Catering)** A Discount Lock Co. Inc. 849 W. Grand Ave Chicago, IL 60622 | X | | | | Trade Debt (Greg Christian Catering) | X | | X | 21.28 |
| Account No.                                     **Trade Debt (Greg Christian Catering)** A New Dairy 1234 W. Randolph Chicago, IL 60607 | X | | | | Trade Debt (Greg Christian Catering) | X | | X | 3,412.37 |
| Account No.                                     **Trade Debt (Greg Christian Catering)** Accountemps 12400 Collections Center Drive Chicago, IL 60693 | X | | | | Trade Debt (Greg Christian Catering) | X | | X | 15,419.00 |
| Account No.                                     **Trade Debt (Greg Christian Catering)** AF Services PO Box 1447 Frankfort, IL 60423 | X | | | | Trade Debt (Greg Christian Catering) | X | | X | 1,510.00 |
| ___24___ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 20,362.65 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | business supplies | | | | |
| **Alliance Paper & Food Service** **11058 West Addison** **Franklin Park, IL 60131** | X | H | | | | | 1,132.09 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **American Family Insurance** **6000 American Parkway** **Madison, WI 53777-0001** | X | | | X | | X | 1,579.12 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Andrews Paper, Inc.** **845 West Randolph** **Chicago, IL 60607** | X | | | X | | X | 8,412.35 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **AquaRanch Industries** **404 D. East Lincoln St.** **PO BOX 658** **Flanagan, IL 61740** | X | | | X | | X | 43.13 |
| Account No. | | | business phone service | | | | |
| **AT & T** **P.O. Box 8100** **Aurora, IL 60507-8100** | X | - | | | | | 518.76 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **11,685.45**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory J Christian** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Athena's Silverland Desserts** | X | | | | X | | X | |
| | | | | | | | | 1,605.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Automatic Icemakers** **P.O. Box 5436** **Chicago, IL 60680-5436** | X | | | | X | | X | |
| | | | | | | | | 290.20 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **B2B** **33 West Monroe** **Ste. 520** **Chicago, IL 60603** | X | | | | X | | X | |
| | | | | | | | | 2,084.98 |
| Account No. **xxxxx xx 4943** | | | | Trade Debt | | | | |
| **Bank of America** **5701 Horatio Street** **Utica, NY 13502** | X | | | | | | | |
| | | | | | | | | 11,102.79 |
| Account No. | | | | business loan | | | | |
| **Bank of America** **135 S. LaSalle Street** **Suite 1025** **Chicago, IL 60603** | X | H | | | | | | |
| | | | | | | | | 44,604.44 |

Sheet no. __2__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 59,687.41 |
|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory J Christian**                                          , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Biondillo** **4900 W. Division St.** **Chicago, IL 60651** | X | | | | X | | X | 6,486.68 |
| Account No. **x7760** | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Biz Bash Media, Inc. - Chicago** **21 W 38th Street** **13th Floor** **New York, NY 10018** | X | | | | X | | X | 2,100.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Bombon Americano** **1000 N. Clark St.** **Chicago, IL 60610** | X | | | | X | | X | 284.26 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Brown, Kaplan & Liss LLP** **500 Davis St.** **Evanston, IL 60201** | X | | | | X | | X | 7,700.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Business Marketing Assn/Chicago** **P.O. Box 804798** **Chicago, IL 60680** | X | | | | X | | X | 1,657.75 |

Sheet no. __3___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,228.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                                                              ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1390** | | | Trade Debt (Greg Christian Catering) | | | | |
| **Capital One** **PO Box 30285** **Salt Lake City, UT 84130-0285** | X | - | | X | | X | 7,654.09 |
| Account No. **xxxx-xxxx-xxxx-6529** | | | Trade Debt (Greg Christian Catering) | | | | |
| **Capital One, F.S.B.** **P.O. Box 790217** **St. Louis, MO 63179-0217** | X | | | X | | X | 10,880.73 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Capitol Container** **346 N. Justine** **Suite 406** **Chicago, IL 60607** | X | | | X | | X | 1,400.00 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Carousel Linen Rental** **454 Sheridan Road** **Highwood, IL 60040** | X | | | X | | X | 16,791.28 |
| Account No. | | | business debt | | | | |
| **Chase Bank USA, N.A.** **131 S. Dearborn Street** **5th Floor** **Chicago, IL 60603** | X | H | | | | | 11,722.02 |

| | | |
|---|---|---|
| Sheet no. __4__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 48,448.12 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Chicago Help Desk Support** **4117 N. Mobile Avenue** **Chicago, IL 60634-1547** | X | | | X | | X | 812.50 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Chicago Messenger** **3188 Eagle Way** **Chicago, IL 60678-1318** | X | | | X | | X | 9.25 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **City of Chicago- DOR** **Dept. of Revenue Collection Unit** **121 N. LaSalle Room 107A** **Chicago, IL 60602** | X | | | X | | X | 60.00 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Columbus Foods** **4990 Paysphere Circle** **Chicago, IL 60674** | X | | | X | | X | 3,549.00 |
| Account No. xxxxxx4009 | | | Trade Debt (Greg Christian Catering) | | | | |
| **Com Ed** **Bill Payment Center** **Chicago, IL 06066-8001** | X | | | X | | X | 681.37 |

Sheet no. __5__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,112.12

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory J Christian__ , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Cooling Equipment Service, Inc 141 Garlisch Drive Elk Grove Village, IL 60007 | X | | | X | | X | 880.69 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Cosmopolitan Textile 4508 W. 46th Street Chicago, IL 60632 | X | | | X | | X | 1,325.83 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Country Cottage Farm 3213 County Road 600 E. Fisher, IL 61843 | X | | | X | | X | 330.00 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Crain's Chicago Business Drawer #7718 PO BOX 79001 Detroit, MI 48279 | X | | | X | | X | 99.90 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Crop to Cup Jakob Elster 1115 N. Damen Ave. Chicago, IL 60622 | X | | | X | | X | 1,043.31 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,679.73

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                    , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Dale & Gensburg, PC 200 W. Adams St. Suite 2425 Chicago, IL 60606 | X | | | X | | X | 756.72 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Damato's Bakery 1125 W. Grand Ave. Chicago, IL 60622 | X | | | X | | X | 643.20 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| DCA/DCPR 441 E. Chester Jackson, TN 38301 | X | | | X | | X | 9,217.39 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Dietzler Farms W4222 County Road A Elkhorn, WI 53121 | X | | | X | | X | 1,516.03 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Earth First Farms 8335 Smith Road Berrien Center, MI 49102 | X | | | X | | X | 452.00 |

Sheet no. __7___ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    12,585.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x5464** | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Economy Packing** **939 West Fulton St** **Chicago, IL 60607** | X | | | | X | | X | 1,398.14 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Elegant Foods, LLC** **537 Atlas Ave.** **Madison, WI 53714** | X | | | | X | | X | 668.40 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Equivoice** **P.O. Box 7300** **Algonquin, IL 60102** | X | | | | X | | X | 1,712.42 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **European Imports** **2475 N. Elston Ave** **Chicago, IL 60647** | X | | | | X | | X | 1,132.95 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Event Creative, LLC** **311 W Walton Street** **Chicago, IL 60610** | X | | | | X | | X | 960.00 |

Sheet no. __8___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,871.91

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory J Christian**                                    , Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-x417-6** | | | | Trade Debt (Greg Christian Catering) | | | | |
| FedEx PO Box 94515 Palatine, IL 60094 | X | | | | X | | X | 143.80 |
| Account No. **xxxxxx9521** | | | | Trade Debt (Greg Christian Catering) | | | | |
| FedEx/Kinkos Customer Administrative Services P.O. Box 672085 Dallas, TX 75267-2085 | X | | | | X | | X | 157.42 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Filter Kleen 8432 W. 44th Place Lyons, IL 60534 | X | | | | X | | X | 90.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Florisculpture Inc. PO Box 695 Lombard, IL 60148 | X | | | | X | | X | 2,567.00 |
| Account No. **xxEG10** | | | | Trade Debt (Greg Christian Catering) | | | | |
| Fortune Fish Company Dept. 5266 PO Box 3090 Milwaukee, WI 53201-3090 | X | | | | X | | X | 1,332.22 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,290.44

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                                   ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>French Market of Chicago, LLC<br>20 N. Michigan Avenue<br>4th Floor<br>Chicago, IL 60602 | X | - | | 2/2010<br>guaranty of certain obligations under lease between Zullos' Markets, LLC and French Market of Chicago, LLC | X | | X | 26,000.00 |
| Account No.<br><br>Frost Lighting<br>P.O. Box 146576<br>Chicago, IL 60614 | X | | | Trade Debt (Greg Christian Catering) | X | | X | 5,765.00 |
| Account No.<br><br>G & G's Duct Cleaning<br>2312 W. Broadway St.<br>Blue Island, IL 60406 | X | | | Trade Debt (Greg Christian Catering) | X | | X | 260.00 |
| Account No.<br><br>GCS Service Inc.<br>PO Box 64373<br>St. Paul, MN 55164-0373 | X | | | Trade Debt (Greg Christian Catering) | X | | X | 962.12 |
| Account No.<br><br>Genesis Growers<br>8373 E 3000 S Rd<br>St Anne, IL 60964 | X | | | Trade Debt (Greg Christian Catering) | X | | X | 754.73 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,741.85**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                              ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Gentle Breeze** **2123 Town Hall Rd.** **Mount Horeb, WI 53572** | X | | | X | | X | 246.00 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Growing Power, Inc.** **5550 W. Silver Spring Dr.** **Milwaukee, WI 53218** | X | | | X | | X | 45.00 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Handsonsite, Inc.** **1480 W. Summerdale Ave.** **Chicago, IL 60640** | X | | | X | | X | 747.94 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Hinton & Grusich** **Kevin Hinton** **1 East Wacker Dr. Suite 2600** **Chicago, IL 60601-1927** | X | | | X | | X | 500.00 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **ICNC/KIDC** **Industrial Council Nearwest Chicago** **2010 W. Fulton St., Suite 280** **Chicago, IL 60612** | X | | | X | | X | 200.00 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,738.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                                          ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Illinois Center for Violence Prevention 70 E Lake St, Suite 720 Chicago, IL 60601 | X | | | | X | | X | |
| | | | | | | | | 126.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Illinois Department of Revenue RETAILER'S OCCUPATION TAX SPRINGFIELD, IL 62776-0001 | X | | | | X | | X | |
| | | | | | | | | 167,461.78 |
| Account No. xxx4400 | | | | Trade Debt (Greg Christian Catering) | | | | |
| Innovative Business Systems, Inc. 8517 Excelsior Drive Suite 102 Madison, WI 53717 | X | | | | X | | X | |
| | | | | | | | | 119.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Intelligent Cleaning Solutions Inc. 612 N. Oakley #209 Chicago, IL 60612 | X | | | | X | | X | |
| | | | | | | | | 1,624.00 |
| Account No. xxxxxx062-1 | | | | Trade Debt (Greg Christian Catering) | | | | |
| Key Equipment Finance PO Box 74713 Cleveland, OH 44194-0796 | X | | | | X | | X | |
| | | | | | | | | 2,742.33 |

Sheet no. __12__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 172,073.11 |
|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregory J Christian**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xx9750** | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Konica Minolta KMBS {usage}** **Dept. CH 19188** **Palatine, IL 60055-9188** | X | | | | X | | X | 275.00 |
| Account No. **xxx-xxxxxx2-000** | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Konica Minolta {lease}** **Dept. CH 19188** **Palatine, IL 60055-9188** | X | | | | X | | X | 1,442.43 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Kralovek Meenan LLP** **Michael Kralovec** **53 W Jackson Blvd, Suite 1102** **Chicago, IL 60604** | X | | | | X | | X | 3,187.50 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **M Square** **836 Tures Ln.** **Des Plaines, IL 60018** | X | | | | X | | X | 1,544.25 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Maestranzi Bros** **4715 N. Ronald St.** **Harwood Heights, IL 60706** | X | | | | X | | X | 459.00 |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,908.18**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory J Christian** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Marks Pest Control** **1057 W. Grand Ave.** **Chicago, IL 60622** | X | | | X | | X | 154.46 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Martin Mack Fire &** **Safety Equipment Co.** **4730 W. Armitage Ave.** **Chicago, IL 60639** | X | | | X | | X | 498.32 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Meats by Linz** **P.O. Box 59** **Calumet City, IL 60409-0059** | X | | | X | | X | 396.34 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Mellos Peanut Co.** **727 West Lake Street** **Chicago, IL 60661** | X | | | X | | X | 59.20 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Mick Klug Farm** **5795 Scottsdale Rd St.** **Joseph, MI 49085** | X | | | X | | X | 20.00 |

Sheet no. __14__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,128.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Midwest Imports** **205 Fencl Lane** **Hillside, IL 60162-2001** | X | | | | X | | X | |
| | | | | | | | | 1,438.29 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Mint Creek Farm** **1693 E. 3800 N. Road** **Strelle, IL 60919** | X | | | | X | | X | |
| | | | | | | | | 335.20 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Modern Luxury** **PO Box 512808** **Los Angeles, CA 90051-0808** | X | | | | X | | X | |
| | | | | | | | | 3,500.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Nicolet Natural (water)** **PO Box 085390** **Racine, WI 53408-5390** | X | | | | X | | X | |
| | | | | | | | | 93.59 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Northwestern Cutlery** **810 W. Lake St.** **Chicago, IL 60607** | X | | | | X | | X | |
| | | | | | | | | 48.97 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,416.05

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                                    Case No. _____
                                        ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| O'Donnell Building Services, LTD 1669 Linden St Des Plaines, IL 60018 | X | | | | X | | X | |
| | | | | | | | | 245.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Office Depot PO BOX 633211 Cincinnati, OH | X | | | | X | | X | |
| | | | | | | | | 441.92 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Onyx Distribution & Services LLC P.O. Box 16801 Chicago, IL 60616-0801 | X | | | | X | | X | |
| | | | | | | | | 2,016.84 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Packaging Resources 8647 W. Ogden Ave. Lyons, IL 60534 | X | | | | X | | X | |
| | | | | | | | | 541.65 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| People's Gas Chicago, IL 60687-0001 | X | | | | X | | X | |
| | | | | | | | | 1,031.15 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,276.56**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory J Christian**                                    ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x xxxx xxxx 6707** | | | | Utility service to 1043 W. Grand, Chicago | | | | |
| **Peoples Gas** **Chicago, IL 60687-0001** | X | | | | | | | 947.63 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Performance Food Group** **PO Box 7210** **Rock Island, IL 61204-7210** | X | | | | X | X | | 1,614.71 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Personnel Concepts** **P.O. Box 3353** **San Dimas, CA 91773-7353** | X | | | | X | X | | 35.90 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **PHISCIENCES        8665063424** **271 Airpark Road** **Cottonwood, AZ 86326** | X | | | | X | X | | 65.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Plitt Seafood** **Dept 20-1108** **PO Box 5940** **Carol Stream, IL 60197-5940** | X | | | | X | X | | 952.91 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        3,616.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregory J Christian**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Polar Ice 2308 W. 21st Place Chicago, IL 60608 | X | | | | X | | X | 1,402.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Poppie's Dough 2411 S. Wallace Chicago, IL 60616 | X | | | | X | | X | 2,894.02 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Resource Center 222 East 135th Place Chicago, IL 60627-1831 | X | | | | X | | X | 4,517.63 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| River Valley Ranch 39900 60th St. Burlington, WI 53105 | X | | | | X | | X | 550.50 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Roin's Produce 2300 W. Lake St. Unit B Chicago, IL 60612 | X | | | | X | | X | 1,972.50 |

Sheet no. __18__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,336.65**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Ryder PO Box 96723 Chicago, IL 60693 | X | | | X | | X | 1,247.40 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Sassy Cow Creamery W4192 Bristol Road Columbus, WI 53925 | X | | | X | | X | 105.00 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Sherman Dodge 7601 N. Skokie Blvd. Skokie, IL 60077 | X | | | X | | X | 42.54 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| Sprint PO Box 4181 Carol Stream, IL 60197-4181 | X | | | X | | X | 3,700.41 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| STANLEY'S Fresh Fruits & Vegetables 1558 N. Elston Chicago, IL 60622 | X | | | X | | X | 1,364.70 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,460.05

B6F (Official Form 6F) (12/07) - Cont.

In re **Gregory J Christian** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Sugar Bliss**<br>**Theresa Ging**<br>**115 N. Wabash**<br>**Chicago, IL 60602** | X | | | X | | X | 527.00 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Sugar Brook Farms**<br>**PO Box 930334**<br>**Verona, WI 53593** | X | | | X | | X | 1,872.51 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Sysco**<br>**PO Box 5037**<br>**Des Plaines, IL 60017** | X | | | X | | X | 1,340.72 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Tablescapes**<br>**1827 W. Hubbard St.**<br>**Chicago, IL 60622** | X | | | X | | X | 92,229.72 |
| Account No. | | | Trade Debt (Greg Christian Catering) | | | | |
| **Tax Relief, Inc.**<br>**Timothy F Foley**<br>**907 N Elm Street**<br>**Hinsdale, IL 60521** | X | | | X | | X | 400.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          96,369.95

B6F (Official Form 6F) (12/07) - Cont.

In re __Gregory J Christian__ ,     Case No. _____
                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Taylor Business Equipment, LLC 9551 S. Damen Ave. Chicago, IL 60643-1107 | X | | | | X | | X | 624.03 |
| Account No. | | | | business debt | | | | |
| Testa Produce 1501 S. Blue Island Avenue Chicago, IL 60608 | X | - | | | | | | 12,398.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Testa Produce 1501 S. Blue Island Chicago, IL 60608 | X | | | | X | | X | 11,810.97 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| The Chicago Community Trust. 111 East Wacker Drv. Suite 1400 Chicago, IL 60601 | X | | | | X | | X | 216.00 |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| Three Sisters Farms 22585 E. 1500S. Rd Kankakee, IL 60901 | X | | | | X | | X | 90.00 |

Sheet no. __21__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     25,139.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                                  , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tiny Greens** **2314 N. High Cross Rd.** **Urbana, IL 61802** | X | | Trade Debt (Greg Christian Catering) | X | | X | **32.40** |
| Account No. **Titan Outdoor** **PO Box 1507** **NY, NY 10008** | X | | Trade Debt (Greg Christian Catering) | X | | X | **4,075.00** |
| Account No. **Tom McGarrity** **106 Oxford Ave** **Clarendon Hills, IL 60514** | X - | | January 2008 business loan | | | | **240,000.00** |
| Account No. xxxxxx6146 **Toyota Financial- Highlander** **PO Box 5855** **Carol Stream, IL 60197-5855** | X | | Trade Debt (Greg Christian Catering) | X | | X | **1,284.28** |
| Account No. **TriMark Marlinn** **6100 West 73rd St** **Ste 1** **Bedford Park, IL 60638** | X | | Trade Debt (Greg Christian Catering) | X | | X | **838.20** |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **246,229.88**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Turano Baking Co.**<br>**6500 W. Roosevelt Rd.**<br>**Berwyn, IL 60402** | X | | | Trade Debt (Greg Christian Catering) | X | | X | 342.04 |
| Account No.<br><br>**UNFI**<br>**PO Box 706**<br>**Keene, NH 03431** | X | | | Trade Debt (Greg Christian Catering) | X | | X | 1,455.19 |
| Account No.<br><br>**UniCare Health Insurance**<br>**P.O. Box 0797**<br>**Carol Stream, IL 60132-0797** | X | | | Trade Debt (Greg Christian Catering) | X | | X | 2,020.25 |
| Account No. **xx6110**<br><br>**US Foodservice**<br>**PO Box 98420**<br>**Chicago, IL 60693** | X | | | Trade Debt (Greg Christian Catering) | X | | X | 225.15 |
| Account No.<br><br>**Whitaker Quality Systems**<br>**2009 Dryden Lane**<br>**Joliet, IL 60435** | X | | | Trade Debt (Greg Christian Catering) | X | | X | 1,050.00 |

Sheet no. __23__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,092.63

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregory J Christian**                                               ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt (Greg Christian Catering) | | | | |
| **Wind N Oaks Farm** **14317 W. Joliet Rd.** **Manhattan, IL 60442** | X | | | | X | | X | 178.50 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __24__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 178.50 |
| | Total (Report on Summary of Schedules) | 809,657.68 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Gregory J Christian**                                                      ,   Case No. _____
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** 
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Gregory J Christian**                                              ,     Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **GC Catering and Events, Inc**<br>**1043 W Grand Ave**<br>**Chicago, IL 60642** | |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Peoples Gas**<br>**Chicago, IL 60687-0001** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Testa Produce**<br>**1501 S. Blue Island Avenue**<br>**Chicago, IL 60608** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **AT & T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **A Discount Lock Co. Inc.**<br>**849 W. Grand Ave**<br>**Chicago, IL 60622** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **A New Dairy**<br>**1234 W. Randolph**<br>**Chicago, IL 60607** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Accountemps**<br>**12400 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **AF Services**<br>**PO Box 1447**<br>**Frankfort, IL 60423** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Alliance Paper & Food Service**<br>**11058 West Addison**<br>**Franklin Park, IL 60131** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **American Family Insurance**<br>**6000 American Parkway**<br>**Madison, WI 53777-0001** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Andrews Paper, Inc.**<br>**845 West Randolph**<br>**Chicago, IL 60607** |

**9**
____ continuation sheets attached to Schedule of Codebtors

In re   **Gregory J Christian**                                    Case No. _____
_____ ,
Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **AquaRanch Industries**<br>**404 D. East Lincoln St.**<br>**PO BOX 658**<br>**Flanagan, IL 61740** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Athena's Silverland Desserts** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Automatic Icemakers**<br>**P.O. Box 5436**<br>**Chicago, IL 60680-5436** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **B2B**<br>**33 West Monroe**<br>**Ste. 520**<br>**Chicago, IL 60603** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Bank of America**<br>**5701 Horatio Street**<br>**Utica, NY 13502** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Bank of America**<br>**135 S. LaSalle Street**<br>**Suite 1025**<br>**Chicago, IL 60603** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Biondillo**<br>**4900 W. Division St.**<br>**Chicago, IL 60651** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Biz Bash Media, Inc. - Chicago**<br>**21 W 38th Street**<br>**13th Floor**<br>**New York, NY 10018** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Bombon Americano**<br>**1000 N. Clark St.**<br>**Chicago, IL 60610** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Brown, Kaplan & Liss LLP**<br>**500 Davis St.**<br>**Evanston, IL 60201** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Business Marketing Assn/Chicago**<br>**P.O. Box 804798**<br>**Chicago, IL 60680** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Capital One, F.S.B.**<br>**P.O. Box 790217**<br>**St. Louis, MO 63179-0217** |

Sheet __1__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re   **Gregory J Christian**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Capitol Container**<br>**346 N. Justine**<br>**Suite 406**<br>**Chicago, IL 60607** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Carousel Linen Rental**<br>**454 Sheridan Road**<br>**Highwood, IL 60040** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Chicago Help Desk Support**<br>**4117 N. Mobile Avenue**<br>**Chicago, IL 60634-1547** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Chicago Messenger**<br>**3188 Eagle Way**<br>**Chicago, IL 60678-1318** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **City of Chicago- DOR**<br>**Dept. of Revenue Collection Unit**<br>**121 N. LaSalle Room 107A**<br>**Chicago, IL 60602** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Columbus Foods**<br>**4990 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Com Ed**<br>**Bill Payment Center**<br>**Chicago, IL 06066-8001** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Cooling Equipment Service, Inc**<br>**141 Garlisch Drive**<br>**Elk Grove Village, IL 60007** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Cosmopolitan Textile**<br>**4508 W. 46th Street**<br>**Chicago, IL 60632** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Country Cottage Farm**<br>**3213 County Road 600 E.**<br>**Fisher, IL 61843** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Crain's Chicago Business**<br>**Drawer #7718**<br>**PO BOX 79001**<br>**Detroit, MI 48279** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Wind N Oaks Farm**<br>**14317 W. Joliet Rd.**<br>**Manhattan, IL 60442** |

Sheet __**2**__ of __**9**__ continuation sheets attached to the Schedule of Codebtors

In re   **Gregory J Christian**                                          ,    Case No. _____
                                   Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Whitaker Quality Systems**<br>**2009 Dryden Lane**<br>**Joliet, IL 60435** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **US Foodservice**<br>**PO Box 98420**<br>**Chicago, IL 60693** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Crop to Cup**<br>**Jakob Elster**<br>**1115 N. Damen Ave.**<br>**Chicago, IL 60622** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **UniCare Health Insurance**<br>**P.O. Box 0797**<br>**Carol Stream, IL 60132-0797** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **UNFI**<br>**PO Box 706**<br>**Keene, NH 03431** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Dale & Gensburg, PC**<br>**200 W. Adams St.**<br>**Suite 2425**<br>**Chicago, IL 60606** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Turano Baking Co.**<br>**6500 W. Roosevelt Rd.**<br>**Berwyn, IL 60402** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Damato's Bakery**<br>**1125 W. Grand Ave.**<br>**Chicago, IL 60622** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **TriMark Marlinn**<br>**6100 West 73rd St**<br>**Ste 1**<br>**Bedford Park, IL 60638** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Toyota Financial- Highlander**<br>**PO Box 5855**<br>**Carol Stream, IL 60197-5855** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Tom McGarrity**<br>**106 Oxford Ave**<br>**Clarendon Hills, IL 60514** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Titan Outdoor**<br>**PO Box 1507**<br>**NY, NY 10008** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

In re    **Gregory J Christian**                                    , Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Tiny Greens**<br>**2314 N. High Cross Rd.**<br>**Urbana, IL 61802** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Three Sisters Farms**<br>**22585 E. 1500S. Rd**<br>**Kankakee, IL 60901** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **The Chicago Community Trust.**<br>**111 East Wacker Drv.**<br>**Suite 1400**<br>**Chicago, IL 60601** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Testa Produce**<br>**1501 S. Blue Island**<br>**Chicago, IL 60608** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Elegant Foods, LLC**<br>**537 Atlas Ave.**<br>**Madison, WI 53714** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Innovative Business Systems, Inc.**<br>**8517 Excelsior Drive**<br>**Suite 102**<br>**Madison, WI 53717** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Key Equipment Finance**<br>**PO Box 74713**<br>**Cleveland, OH 44194-0796** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Konica Minolta {lease}**<br>**Dept. CH 19188**<br>**Palatine, IL 60055-9188** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Marks Pest Control**<br>**1057 W. Grand Ave.**<br>**Chicago, IL 60622** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Modern Luxury**<br>**PO Box 512808**<br>**Los Angeles, CA 90051-0808** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **People's Gas**<br>**Chicago, IL 60687-0001** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** |

Sheet __4__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re   **Gregory J Christian**                                                    ,   Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Taylor Business Equipment, LLC**<br>**9551 S. Damen Ave.**<br>**Chicago, IL 60643-1107** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Tax Relief, Inc.**<br>**Timothy F Foley**<br>**907 N Elm Street**<br>**Hinsdale, IL 60521** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Tablescapes**<br>**1827 W. Hubbard St.**<br>**Chicago, IL 60622** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Sysco**<br>**PO Box 5037**<br>**Des Plaines, IL 60017** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Sugar Brook Farms**<br>**PO Box 930334**<br>**Verona, WI 53593** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Sugar Bliss**<br>**Theresa Ging**<br>**115 N. Wabash**<br>**Chicago, IL 60602** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **STANLEY'S Fresh Fruits & Vegetables**<br>**1558 N. Elston**<br>**Chicago, IL 60622** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Sherman Dodge**<br>**7601 N. Skokie Blvd.**<br>**Skokie, IL 60077** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Sassy Cow Creamery**<br>**W4192 Bristol Road**<br>**Columbus, WI 53925** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Ryder**<br>**PO Box 96723**<br>**Chicago, IL 60693** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Roin's Produce**<br>**2300 W. Lake St.**<br>**Unit B**<br>**Chicago, IL 60612** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **River Valley Ranch**<br>**39900 60th St.**<br>**Burlington, WI 53105** |

Sheet ___5___ of ___9___ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

In re   **Gregory J Christian**                                        Case No. _____
                                                                      ,
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Resource Center**<br>**222 East 135th Place**<br>**Chicago, IL 60627-1831** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Poppie's Dough**<br>**2411 S. Wallace**<br>**Chicago, IL 60616** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Polar Ice**<br>**2308 W. 21st Place**<br>**Chicago, IL 60608** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Plitt Seafood**<br>**Dept 20-1108**<br>**PO Box 5940**<br>**Carol Stream, IL 60197-5940** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Chase Bank USA, N.A.**<br>**131 S. Dearborn Street**<br>**5th Floor**<br>**Chicago, IL 60603** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **DCA/DCPR**<br>**441 E. Chester**<br>**Jackson, TN 38301** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Dietzler Farms**<br>**W4222 County Road A**<br>**Elkhorn, WI 53121** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Earth First Farms**<br>**8335 Smith Road**<br>**Berrien Center, MI 49102** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Economy Packing**<br>**939 West Fulton St**<br>**Chicago, IL 60607** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Equivoice**<br>**P.O. Box 7300**<br>**Algonquin, IL 60102** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **European Imports**<br>**2475 N. Elston Ave**<br>**Chicago, IL 60647** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Event Creative, LLC**<br>**311 W Walton Street**<br>**Chicago, IL 60610** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **FedEx**<br>**PO Box 94515**<br>**Palatine, IL 60094** |

Sheet __**6**__ of __**9**__ continuation sheets attached to the Schedule of Codebtors

In re   **Gregory J Christian**                                        ,   Case No. _____
                                         Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **FedEx/Kinkos**<br>**Customer Administrative Services**<br>**P.O. Box 672085**<br>**Dallas, TX 75267-2085** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Filter Kleen**<br>**8432 W. 44th Place**<br>**Lyons, IL 60534** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Florisculpture Inc.**<br>**PO Box 695**<br>**Lombard, IL 60148** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Fortune Fish Company**<br>**Dept. 5266**<br>**PO Box 3090**<br>**Milwaukee, WI 53201-3090** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **French Market of Chicago, LLC**<br>**20 N. Michigan Avenue**<br>**4th Floor**<br>**Chicago, IL 60602** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Frost Lighting**<br>**P.O. Box 146576**<br>**Chicago, IL 60614** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **G & G's Duct Cleaning**<br>**2312 W. Broadway St.**<br>**Blue Island, IL 60406** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **GCS Service Inc.**<br>**PO Box 64373**<br>**St. Paul, MN 55164-0373** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Genesis Growers**<br>**8373 E 3000 S Rd**<br>**St Anne, IL 60964** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Gentle Breeze**<br>**2123 Town Hall Rd.**<br>**Mount Horeb, WI 53572** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Growing Power, Inc.**<br>**5550 W. Silver Spring Dr.**<br>**Milwaukee, WI 53218** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Handsonsite, Inc.**<br>**1480 W. Summerdale Ave.**<br>**Chicago, IL 60640** |

Sheet   **7**   of   **9**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

In re   **Gregory J Christian**                                          ,   Case No. _____
                                      Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Hinton & Grusich**<br>**Kevin Hinton**<br>**1 East Wacker Dr. Suite 2600**<br>**Chicago, IL 60601-1927** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **ICNC/KIDC**<br>**Industrial Council Nearwest Chicago**<br>**2010 W. Fulton St., Suite 280**<br>**Chicago, IL 60612** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Illinois Center for**<br>**Violence Prevention**<br>**70 E Lake St, Suite 720**<br>**Chicago, IL 60601** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Illinois Department of Revenue**<br>**RETAILER'S OCCUPATION TAX**<br>**SPRINGFIELD, IL 62776-0001** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Intelligent Cleaning Solutions Inc.**<br>**612 N. Oakley**<br>**#209**<br>**Chicago, IL 60612** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Konica Minolta KMBS {usage}**<br>**Dept. CH 19188**<br>**Palatine, IL 60055-9188** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Kralovek Meenan LLP**<br>**Michael Kralovec**<br>**53 W Jackson Blvd, Suite 1102**<br>**Chicago, IL 60604** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **M Square**<br>**836 Tures Ln.**<br>**Des Plaines, IL 60018** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Maestranzi Bros**<br>**4715 N. Ronald St.**<br>**Harwood Heights, IL 60706** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Martin Mack Fire &**<br>**Safety Equipment Co.**<br>**4730 W. Armitage Ave.**<br>**Chicago, IL 60639** |
| **Greg Christian Catering, Inc.**<br>**1103 W Grand Ave**<br>**Chicago, IL 60642** | **Meats by Linz**<br>**P.O. Box 59**<br>**Calumet City, IL 60409-0059** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Mellos Peanut Co.**<br>**727 West Lake Street**<br>**Chicago, IL 60661** |

Sheet **8** of **9** continuation sheets attached to the Schedule of Codebtors

In re   **Gregory J Christian**                                              ,   Case No. _____

                                           Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Mick Klug Farm**<br>**5795 Scottsdale Rd St.**<br>**Joseph, MI 49085** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Midwest Imports**<br>**205 Fencl Lane**<br>**Hillside, IL 60162-2001** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Mint Creek Farm**<br>**1693 E. 3800 N. Road**<br>**Strelle, IL 60919** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Nicolet Natural (water)**<br>**PO Box 085390**<br>**Racine, WI 53408-5390** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Northwestern Cutlery**<br>**810 W. Lake St.**<br>**Chicago, IL 60607** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **O'Donnell Building Services, LTD**<br>**1669 Linden St**<br>**Des Plaines, IL 60018** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Office Depot**<br>**PO BOX 633211**<br>**Cincinnati, OH** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Onyx Distribution & Services LLC**<br>**P.O. Box 16801**<br>**Chicago, IL 60616-0801** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Packaging Resources**<br>**8647 W. Ogden Ave.**<br>**Lyons, IL 60534** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Performance Food Group**<br>**PO Box 7210**<br>**Rock Island, IL 61204-7210** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **Personnel Concepts**<br>**P.O. Box 3353**<br>**San Dimas, CA 91773-7353** |
| **Greg Christian Catering, Inc.**<br>**1043 W. Grand Avenue**<br>**Chicago, IL 60622** | **PHISCIENCES      8665063424**<br>**271 Airpark Road**<br>**Cottonwood, AZ 86326** |
| **Zullo's Markets, LLC**<br>**2914 N. River Walk Drive**<br>**Chicago, IL 60618** | **French Market of Chicago, LLC**<br>**20 N. Michigan Avenue**<br>**4th Floor**<br>**Chicago, IL 60602** |

Sheet **9** of **9** continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re __Gregory J Christian__                    Case No. _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Consultant (father owns 100% )** | |
| Name of Employer | **Greg Christian Consulting, Inc.** | |
| How long employed | **4 months** | |
| Address of Employer | **1103 W Grand Ave**<br>**Chicago, IL 60642** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **2,166.67** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **2,166.67** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
| b.  Insurance | $ | **0.00** | $ | **N/A** |
| c.  Union dues | $ | **0.00** | $ | **N/A** |
| d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,166.67** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify):    **unemployment compensation** | $ | **2,100.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,100.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,266.67** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **4,266.67** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __Gregory J Christian_____     Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,617.00 |
| a. Are real estate taxes included? | Yes ___   No  **X** | | |
| b. Is property insurance included? | Yes ___   No  **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ | 100.00 |
| b. Water and sewer | | $ | 25.00 |
| c. Telephone | | $ | 100.00 |
| d. Other  **Cable TV** | | $ | 40.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 200.00 |
| 6. Laundry and dry cleaning | | $ | 20.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 50.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 125.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 615.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 800.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,192.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 4,266.67 |
| b. | Average monthly expenses from Line 18 above | $ | 4,192.00 |
| c. | Monthly net income (a. minus b.) | $ | 74.67 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gregory J Christian** _____   Case No. _____
                                        Debtor(s)              Chapter   **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**50**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 11, 2010** _____        Signature   **/s/ Gregory J Christian** _____
                                                            **Gregory J Christian**
                                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gregory J Christian**                                      Case No. _____

                              Debtor(s)        Chapter    **7**        _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$104,608.00** | **2008: Debtor Self-Employment Income** |
| **$104,608.00** | **2007: Debtor Self-Employment Income** |
| **$-12,465.00** | **2009:  GC Catering** |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$22,360.00** | **2009:  unemployment** |

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **09 MI 148195**<br>**Chase Bank USA, N.A.**<br>**(plaintiff) v. Greg J Christian**<br>**(defendant)**<br>**Bank of America (citation third party respondent)** | **Collection** | **Cook County Circuit Court**<br>**Daley Center Plaza**<br>**50 W Washington, Courtroom 1401**<br>**Chicago, IL 60602** | **Judgment entered July 23, 2009 in the sum of $11,722.02 plus costs** |
| **Bank of America v. Gregory Christian**<br>**09 M1 159052** | **collection** | **Circuit Court of Cook County** | **pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Alliance Paper & Food Service v. Greg Christian etal**<br>**09 M1 133774** | **collection** | **Circuit Court of Cook County** | **judgment entered for plaintiff** |

None
☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Alliance Paper** | **12/30/09** | **garnished bank account # xxxxxxxxx0090 at Bankone** |

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer, Brown, Covey, Gaertner & Davis**<br>**400 S. County Farm Road**<br>**Suite 330**<br>**Wheaton, IL 60187** | **6/8/10** | **$2,000** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Edita B. Christian former spouse**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Greg Christian Catering Inc | 36-4128094 | 1103 West Grand Ave. Chicago, IL 60622 | catering | January 24, 2007 until dissolved 11/2/09 |
| GC Catering & Events, Inc. | 26-3845078 | 1043 W. Grand Ave. Chicago, IL 60642 | catering business (lost 12k in 2009) | inc. 12/08/2008 |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

7

NAME AND ADDRESS                                                DATES SERVICES RENDERED

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
       of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
       of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
       issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
       and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                             NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                              RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                 NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                 TITLE                          NATURE AND PERCENTAGE
                                                               OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
       commencement of this case.

NAME                                          ADDRESS                          DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
       immediately preceding the commencement of this case.

NAME AND ADDRESS                 TITLE                          DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June 11, 2010**                      Signature  **/s/ Gregory J Christian**
                                                        **Gregory J Christian**
                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gregory J Christian** _____   Case No. _____
                                          Debtor(s)                Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**American Home Mortgage Service Inc** | **Describe Property Securing Debt:**<br>**830 Carpenter Ave, Oak Park, IL 60304-1109** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo** | **Describe Property Securing Debt:**<br>**2009 Toyota Prius** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

B8 (Form 8) (12/08)                                                                                    Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date  **June 11, 2010**                               Signature  **/s/ Gregory J Christian**

                                                                  **Gregory J Christian**
                                                                  Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Gregory J Christian** _____   Case No. _____

_____   Chapter   **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **2,000.00** |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 11, 2010** _____        **/s/ David R. Brown** _____
**David R. Brown 3122323**
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000   Fax: 630-510-0004**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Gregory J Christian** _____  Case No. _____

_____  Debtor(s)       Chapter  **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Gregory J Christian** _____     X **/s/ Gregory J Christian**          **June 11, 2010**
Printed Name(s) of Debtor(s)                              Signature of Debtor              Date

Case No. (if known) _____     X _____

                                                         Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gregory J Christian** _____ Case No. _____
                                  Debtor(s)     Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **276**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 11, 2010** _____      **/s/ Gregory J Christian** _____
                                             **Gregory J Christian**
                                             Signature of Debtor

A Discount Lock Co. Inc.
849 W. Grand Ave
Chicago, IL 60622


A New Dairy
1234 W. Randolph
Chicago, IL 60607


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Accountemps
Field Parkway, Suite 100
Barrington, IL 60010


AF Services
PO Box 1447
Frankfort, IL 60423


AHMSI Inc
American Home Mortgage Servicing
PO Box 619063
Dallas, TX 75261-9063


Alliance Law Group, P.C.
2841 Junction Ave.
Suite 128
San Jose, CA 95134


Alliance Paper & Food Service
11058 West Addison
Franklin Park, IL 60131


American Family Insurance
6000 American Parkway
Madison, WI 53777-0001


American Home Mortgage Service Inc
PO Box 660029
Dallas, TX 75266-0029


Andrews Paper, Inc.
845 West Randolph
Chicago, IL 60607

AquaRanch Industries
404 D. East Lincoln St.
PO BOX 658
Flanagan, IL 61740


AT & T
P.O. Box 8100
Aurora, IL 60507-8100


Athena's Silverland Desserts


Automatic Icemakers
P.O. Box 5436
Chicago, IL 60680-5436


B2B
33 West Monroe
Ste. 520
Chicago, IL 60603


Bank of America
5701 Horatio Street
Utica, NY 13502


Bank of America
135 S. LaSalle Street
Suite 1025
Chicago, IL 60603


Biondillo
4900 W. Division St.
Chicago, IL 60651


Biz Bash Media, Inc. - Chicago
21 W 38th Street
13th Floor
New York, NY 10018


Bombon Americano
1000 N. Clark St.
Chicago, IL 60610

Brown, Kaplan & Liss LLP
500 Davis St.
Evanston, IL 60201


Bureau of Account Management
3607 Rosemont Ave, Suite 502
PO Box 8875
Camp Hill, PA 17001


Business Marketing Assn/Chicago
P.O. Box 804798
Chicago, IL 60680


Caine & Weiner
1699 E Woodfield Rd
Schaumburg, IL 60173


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One, F.S.B.
P.O. Box 790217
St. Louis, MO 63179-0217


Capitol Container
346 N. Justine
Suite 406
Chicago, IL 60607


Carousel Linen Rental
454 Sheridan Road
Highwood, IL 60040


Chase Bank USA, N.A.
131 S. Dearborn Street
5th Floor
Chicago, IL 60603


Chicago Help Desk Support
4117 N. Mobile Avenue
Chicago, IL 60634-1547

Chicago Messenger
3188 Eagle Way
Chicago, IL 60678-1318


Chicago Messenger Service
1600 S Ashland Ave
Chicago, IL 60608


City of Chicago- DOR
Dept. of Revenue Collection Unit
121 N. LaSalle Room 107A
Chicago, IL 60602


Coface Collections North America
50 Millstone Road
Building 100, Suite 360
Hightstown, NJ 08520


Cohn & Dussi, LLC
Attorneys at Law
300 Trade Center, Suite 3700
Woburn, MA 01801


Collect American Commerical Srvc
Innovative Merchant Solutions
16011 College Blvd, Suite 101
Lenexa, KS 66219


Collection Services Network
PO Box 46141
Madison, WI 53744


Columbus Foods
4990 Paysphere Circle
Chicago, IL 60674


Com Ed
Bill Payment Center
Chicago, IL 06066-8001


Cooling Equipment Service, Inc
141 Garlisch Drive
Elk Grove Village, IL 60007

Cosmopolitan Textile
4508 W. 46th Street
Chicago, IL 60632


Country Cottage Farm
3213 County Road 600 E.
Fisher, IL 61843


Crain's Chicago Business
Drawer #7718
PO BOX 79001
Detroit, MI 48279


Credit Collection Services
Two Wells Ave
Dept 7250
Newton Center, MA 02459


Crop to Cup
Jakob Elster
1115 N. Damen Ave.
Chicago, IL 60622


Customer Service
PO BOX 550599
Jacksonville, FL 32255


Customer Services
PO Box 262682
Plano, TX 75026


Dale & Gensburg, PC
200 W. Adams St.
Suite 2425
Chicago, IL 60606


Damato's Bakery
1125 W. Grand Ave.
Chicago, IL 60622


David J. Axelrod & Assoc
1448 Old Skokie Road
Highland Park, IL 60035

DCA/DCPR
441 E. Chester
Jackson, TN 38301


Dietzler Farms
W4222 County Road A
Elkhorn, WI 53121


Earth First Farms
8335 Smith Road
Berrien Center, MI 49102


Economy Packing
939 West Fulton St
Chicago, IL 60607


Edita Bernardino
1130 Wisconsin
Oak Park, IL 60304


Elegant Foods, LLC
537 Atlas Ave.
Madison, WI 53714


Equivoice
P.O. Box 7300
Algonquin, IL 60102


European Imports
2475 N. Elston Ave
Chicago, IL 60647


Event Creative, LLC
311 W Walton Street
Chicago, IL 60610


FedEx
PO Box 94515
Palatine, IL 60094


FedEx/Kinkos
Customer Administrative Services
P.O. Box 672085
Dallas, TX 75267-2085

Filter Kleen
8432 W. 44th Place
Lyons, IL 60534


Florisculpture Inc.
PO Box 695
Lombard, IL 60148


Fortune Fish Company
Dept. 5266
PO Box 3090
Milwaukee, WI 53201-3090


Freedman Anselmo Lindberg & Rappe
1807 West Diehl Road, Suite 333
PO Box 3228
Naperville, IL 60566


French Market of Chicago, LLC
20 N. Michigan Avenue
4th Floor
Chicago, IL 60602


Frost Lighting
P.O. Box 146576
Chicago, IL 60614


G & G's Duct Cleaning
2312 W. Broadway St.
Blue Island, IL 60406


GC Catering and Events, Inc
1043 W Grand Ave
Chicago, IL 60642


GCS Service Inc
PO Box 25084
Lehigh Valley, PA 18002


GCS Service Inc.
PO Box 64373
St. Paul, MN 55164-0373

Genesis Growers
8373 E 3000 S Rd
St Anne, IL 60964


Gentle Breeze
2123 Town Hall Rd.
Mount Horeb, WI 53572


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642

Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642

Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642

Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622

Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622

Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642

Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622

Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642

Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622

Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642

Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642

Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622

```
Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622
```

Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642

```
Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642
```

```
Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642
```

```
Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642
```

```
Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622
```

Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622

```
Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1103 W Grand Ave
Chicago, IL 60642
```

```
Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622
```

Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Greg Christian Catering, Inc.
1043 W. Grand Avenue
Chicago, IL 60622


Growing Power, Inc.
5550 W. Silver Spring Dr.
Milwaukee, WI 53218


Handsonsite, Inc.
1480 W. Summerdale Ave.
Chicago, IL 60640


Harris & Harris LTD
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Hinton & Grusich
Kevin Hinton
1 East Wacker Dr. Suite 2600
Chicago, IL 60601-1927


IC Systems, Inc
444 Highway 96 East
PO Box 64794
Saint Paul, MN 55164


ICNC/KIDC
Industrial Council Nearwest Chicago
2010 W. Fulton St., Suite 280
Chicago, IL 60612


Illinois Center for
Violence Prevention
70 E Lake St, Suite 720
Chicago, IL 60601


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
RETAILER'S OCCUPATION TAX
SPRINGFIELD, IL 62776-0001


Innovative Business Systems, Inc.
8517 Excelsior Drive
Suite 102
Madison, WI 53717


Intelligent Cleaning Solutions Inc.
612 N. Oakley
#209
Chicago, IL 60612


Internal Revenue Service
ATTN: Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114


Key Equipment Finance
PO Box 74713
Cleveland, OH 44194-0796


Konica Minolta KMBS {usage}
Dept. CH 19188
Palatine, IL 60055-9188


Konica Minolta {lease}
Dept. CH 19188
Palatine, IL 60055-9188


Kralovek Meenan LLP
Michael Kralovec
53 W Jackson Blvd, Suite 1102
Chicago, IL 60604


M Square
836 Tures Ln.
Des Plaines, IL 60018


Maestranzi Bros
4715 N. Ronald St.
Harwood Heights, IL 60706

Marks Pest Control
1057 W. Grand Ave.
Chicago, IL 60622


Martin Mack Fire &
Safety Equipment Co.
4730 W. Armitage Ave.
Chicago, IL 60639


Mathein & Rostoker, PC
662 W Grand Ave
Chicago, IL 60654


Meats by Linz
P.O. Box 59
Calumet City, IL 60409-0059


Mellos Peanut Co.
727 West Lake Street
Chicago, IL 60661


Michael D. Fine
Chase Bank USA, N.A.
131 South Dearborn St - 5th Floor
Chicago, IL 60603


Mick Klug Farm
5795 Scottsdale Rd St.
Joseph, MI 49085


Midwest Imports
205 Fencl Lane
Hillside, IL 60162-2001


Mint Creek Farm
1693 E. 3800 N. Road
Strelle, IL 60919


Modern Luxury
PO Box 512808
Los Angeles, CA 90051-0808

Modern Luxury Media LLC
5455 Wilshire Blvd
# 1412
Los Angeles, CA 90036


Nicolet Natural (water)
PO Box 085390
Racine, WI 53408-5390


Northwestern Cutlery
810 W. Lake St.
Chicago, IL 60607


O'Donnell Building Services, LTD
1669 Linden St
Des Plaines, IL 60018


Office Depot
PO BOX 633211
Cincinnati, OH


Onyx Distribution & Services LLC
P.O. Box 16801
Chicago, IL 60616-0801


Packaging Resources
8647 W. Ogden Ave.
Lyons, IL 60534


People's Gas
Chicago, IL 60687-0001


Peoples Gas
Chicago, IL 60687-0001


Performance Food Group
PO Box 7210
Rock Island, IL 61204-7210


Personnel Concepts
P.O. Box 3353
San Dimas, CA 91773-7353

```
PHISCIENCES        8665063424
271 Airpark Road
Cottonwood, AZ 86326


Plitt Seafood
Dept 20-1108
PO Box 5940
Carol Stream, IL 60197-5940


Polar Ice
2308 W. 21st Place
Chicago, IL 60608


Poppie's Dough
2411 S. Wallace
Chicago, IL 60616


Portfolio Recovery Associates
120 Corporate Blvd
Norfolk, VA 23502


Resource Center
222 East 135th Place
Chicago, IL 60627-1831


River Valley Ranch
39900 60th St.
Burlington, WI 53105


Roin's Produce
2300 W. Lake St.
Unit B
Chicago, IL 60612


Ryder
PO Box 96723
Chicago, IL 60693


Sassy Cow Creamery
W4192 Bristol Road
Columbus, WI 53925


Sherman Dodge
7601 N. Skokie Blvd.
Skokie, IL 60077
```

Sprint
PO Box 4181
Carol Stream, IL 60197-4181


STANLEY'S Fresh Fruits & Vegetables
1558 N. Elston
Chicago, IL 60622


Sugar Bliss
Theresa Ging
115 N. Wabash
Chicago, IL 60602


Sugar Brook Farms
PO Box 930334
Verona, WI 53593


Sysco
PO Box 5037
Des Plaines, IL 60017


Tablescapes
1827 W. Hubbard St.
Chicago, IL 60622


Tax Relief, Inc.
Timothy F Foley
907 N Elm Street
Hinsdale, IL 60521


Taylor Business Equipment, LLC
9551 S. Damen Ave.
Chicago, IL 60643-1107


Teller, Levit & Silvertrust, P.C.
11 East Adams Street
Chicago, IL 60603


Testa Produce
1501 S. Blue Island Avenue
Chicago, IL 60608


Testa Produce
1501 S. Blue Island
Chicago, IL 60608

The Chicago Community Trust.
111 East Wacker Drv.
Suite 1400
Chicago, IL 60601


Three Sisters Farms
22585 E. 1500S. Rd
Kankakee, IL 60901


Tiny Greens
2314 N. High Cross Rd.
Urbana, IL 61802


Titan Outdoor
PO Box 1507
NY, NY 10008


Tom McGarrity
106 Oxford Ave
Clarendon Hills, IL 60514


Toyota Financial- Highlander
PO Box 5855
Carol Stream, IL 60197-5855


Transworld Systems, Inc.
1375 E Woodfield Rd, #110
Schaumburg, IL 60173


TriMark Marlinn
6100 West 73rd St
Ste 1
Bedford Park, IL 60638


Turano Bakery
6501 W. Roosevelt Rd.
Berwyn, IL 60402


Turano Baking Co.
6500 W. Roosevelt Rd.
Berwyn, IL 60402


UNFI
PO Box 706
Keene, NH 03431

UniCare Health Insurance
P.O. Box 0797
Carol Stream, IL 60132-0797


US Foodservice
PO Box 98420
Chicago, IL 60693


Wells Fargo
PO Box 25341
Santa Ana, CA 92799-5341


West Asset Management
3432 Jefferson Ave
Texarkana, AR 71854


Whitaker Quality Systems
2009 Dryden Lane
Joliet, IL 60435


Wind N Oaks Farm
14317 W. Joliet Rd.
Manhattan, IL 60442


Worldwide Recovery, Inc
PO Box 119
Bellwood, IL 60104


Zenoff & Zenoff, Chtd
53 W. Jackson Blvd
Suite 1140
Chicago, IL 60604


Zullo's Markets, LLC
2914 N. River Walk Drive
Chicago, IL 60618